**HILL v. MORTON**

[340 N.C. 355 (1995)]

VICKI HILL v. R.W. MORTON, AREA DIRECTOR, FORSYTH-STOKES AREA MENTAL
HEALTH, MENTAL RETARDATION AND SUBSTANCE ABUSE AUTHORITY

No. 368PA94

(Filed 2 June 1995)

On discretionary review pursuant to N.C.G.S. 7A-31 of a unanimous decision of the Court of Appeals, 115 N.C. App. 390, 444 S.E.2d 683 (1994), vacating the judgment and order entered by John, J., on 7 January 1993 in Superior Court, Forsyth County. Heard in the Supreme Court 9 May 1995.

*Robert Winfrey for plaintiff-appellant.*

*Office of Forsyth County Attorney, by Bruce E. Colvin, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.